BWW#: 178361

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | Case No. 14-30525-KRH |
| DONALD D. SMITH, JR. AKA DONALD DUANE SMITH, JR. | |
| Debtor | Chapter 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Andrew Todd Rich, and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of Wells Fargo Bank, N.A., in the above-captioned case and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

> Andrew Todd Rich
> BWW Law Group, LLC
> 8100 Three Chopt Rd., Suite 240
> Richmond, VA 23229
> (804) 282-0463
> bankruptcy@bww-law.com

Dated: February 24, 2014

Respectfully Submitted,
BWW Law Group, LLC

  */s/ Andrew Todd Rich*
Andrew Todd Rich, VSB# 74296
BWW Law Group, LLC
8100 Three Chopt Rd., Suite 240
Richmond, VA 23229
(804) 282-0463
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com
*Attorney for Wells Fargo Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I certify that on this 24th day of February, 2014, the following person(s) were or will be served a copy of the foregoing NOTICE OF APPEARANCE via the CM/ECF system or by first class mail, postage prepaid:

Carl M. Bates, Trustee
P.O. Box 1819
Richmond, VA 23218

Jessica L. Fellows, Attorney at Law
2312 Boulevard
Colonial Heights, VA   23834

Donald D. Smith, Jr. aka Donald Duane Smith, Jr.
425 Hamilton Avenue
Colonial Heights, VA   23834-3419

Donald D. Smith, Jr. aka Donald Duane Smith, Jr.
P.O. Box 25157
Richmond, VA   23260

                                                   */s/ Andrew Todd Rich*
                                                Andrew Todd Rich