B6B (Official Form 6B) (12/07)

In re **Donald Duane Smith, Jr.** , Case No. **14-30525**
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **2 checking accounts & 1 savings account with Bank of America** | - | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Living room set, 2 bedroom sets, kithcen table & chairs, 2 TVs** | - | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Men's & children's clothing** | - | 1,000.00 |
| 7. Furs and jewelry. | | **Watch, class ring** | - | 50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Shotgun** | - | 200.00 |
| | | **3 Rifles** | - | 300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **3,650.00**
(Total of this page)

**2** continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Donald Duane Smith, Jr.**, Case No. **14-30525**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Federal Retirement- FERS** | - | 61.42 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Pending Unlawful Detainer against Megan McCullum in Colonial Heights General District Court GV13001560-00** | - | 4,000.00 |

Sub-Total >     **4,061.42**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Donald Duane Smith, Jr.** , Case No. **14-30525**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Buick Century w/ 270K miles** | - | **2,880.00** |
|  | | **1997 Ford E350 van w/ 180K miles** | - | **3,700.00** |
|  | | **1994 Shore Land Boat Trailer** | - | **200.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **6,780.00** |
| Total > | **14,491.42** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re **Donald Duane Smith, Jr.**, Debtor

Case No. **14-30525**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Location: 425 Hamilton Ave, Colonial Heights, VA 23834 | Va. Code Ann. § 34-4 | 300.00 | 145,400.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| 2 checking accounts & 1 savings account with Bank of America | Va. Code Ann. § 34-4 | 100.00 | 100.00 |
| **Household Goods and Furnishings** | | | |
| Living room set, 2 bedroom sets, kithcen table & chairs, 2 TVs | Va. Code Ann. § 34-26(4a) | 2,000.00 | 2,000.00 |
| **Wearing Apparel** | | | |
| Men's & children's clothing | Va. Code Ann. § 34-26(4) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Watch, class ring | Va. Code Ann. § 34-4 | 50.00 | 50.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Shotgun | Va. Code Ann. § 34-26(4b) | 200.00 | 200.00 |
| 3 Rifles | Va. Code Ann. § 34-4 | 300.00 | 300.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Federal Retirement- FERS | Va. Code Ann. § 34-4 | 61.42 | 61.42 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Pending Unlawful Detainer against Megan McCullum in Colonial Heights General District Court GV13001560-00 | Va. Code Ann. § 34-4 | 3,988.58 | 4,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1997 Ford E350 van w/ 180K miles | Va. Code Ann. § 34-26(8) | 1,850.00 | 3,700.00 |
| 1994 Shore Land Boat Trailer | Va. Code Ann. § 34-4 | 200.00 | 200.00 |
| | Total: | 10,050.00 | 157,011.42 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Donald Duane Smith, Jr.**  ,  Case No. __**14-30525**__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8365** <br><br>**American General Finance** <br>**629 Southpark Blvd** <br>**Colonial Heights, VA 23834** | | - | **Unsecured** | | | | **3,200.00** |
| Account No. **xxxxxxxxxxxx4637** <br><br>**Applied Card Bank** <br>**Attention: General Inquiries** <br>**P.O. Box 17120** <br>**Wilmington, DE 19886** | | - | **Opened 7/01/01 Last Active 4/30/10** <br>**CreditCard** | | | | **2,230.00** |
| Account No. **xxxxxxx3503** <br><br>**Appomattox Imagaing Center** <br>**930 South Avenue** <br>**Colonial Heights, VA 23834** | | - | **Medical** | | | | **175.00** |
| Account No. **6811** <br><br>**Barnes & Diehl, PC** <br>**Centre Court Suite A** <br>**9401 Courthouse Rd** <br>**Chesterfield, VA 23832** | | - | **Unsecured** | | | | **5,965.00** |
| __9__ continuation sheets attached | | | | | Subtotal (Total of this page) | | **11,570.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Donald Duane Smith, Jr.**, Case No. **14-30525**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6728** <br><br> **Baystate Gas-brockton** <br> **P.O. Box 67015** <br> **Harrisburg, PA 17106** | | - | **Unsecured** | | | | **1.00** |
| Account No. **xxxxx6713** <br><br> **BCC Financial Management Srv.** <br> **P.O. Box 590067** <br> **Fort Lauderdale, FL 33359** | | - | **Collecting for St Marys Hospital** | | | | **950.00** |
| Account No. **xxxx7180** <br><br> **CAB** <br> **306 East Grace St.** <br> **Richmond, VA 23219** | | - | **Collecting for West End Anesthesia Group, Inc.** | | | | **165.00** |
| Account No. **xxxxxxxx7257** <br><br> **Cach Llc** <br> **4340 South Monaco St.** <br> **2nd Floor** <br> **Denver, CO 80237** | | - | **Unsecured** | | | | **1.00** |
| Account No. **xxxx8593** <br><br> **Calvary Portfolio Services** <br> **Attention: Bankruptcy Dept** <br> **P.O. Box 1017** <br> **Hawthorne, NY 10532** | | - | **Opened 1/01/11** <br> **Unsecured** | | | | **965.00** |

Sheet no. __1__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **2,082.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Donald Duane Smith, Jr.** , Case No. **14-30525**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6811** <br><br> **Cash 2 U** <br> **651 Boulevard** <br> **Colonial Heights, VA 23834** | | - | **Unsecured** | | | | **1.00** |
| Account No. **6811** <br><br> **Cash Advance Center** <br> **3235 Boulevard** <br> **Colonial Heights, VA 23834** | | - | **Unsecured** | | | | **1.00** |
| Account No. **xxx1644** <br><br> **Cash Express of VA** <br> **1412 Boulevard** <br> **Colonial Heights, VA 23834** | | - | **Unsecured** | | | | **1.00** |
| Account No. **xxxx6721** <br><br> **Collection** <br> **Ccs** <br> **P.O. Box 709** <br> **Needham, MA 02494** | | - | **Unsecured** | | | | **1.00** |
| Account No. **xxxx4331** <br><br> **Colonial Heights Fire & EMS** <br> **1105 Schrock Road Suite 610** <br> **Columbus, OH 43229** | | - | **2/19/2013** <br> **Medical** | | | | **105.00** |

Sheet no. **2** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **109.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald Duane Smith, Jr.**,  Case No. **14-30525**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx839-1**<br><br>**Commercial Check Control**<br>**7250 Beverly Blvd**<br>**Suite 200**<br>**Los Angeles, CA 90036** | - | | **Unsecured** | | | | 1.00 |
| Account No. **6811**<br><br>**Crown Financial**<br>**299 South Main St 13th Fl**<br>**Salt Lake City, UT 84111** | - | | **Unsecured** | | | | 1.00 |
| Account No. **xxxxx5741**<br><br>**Customer Serv Support Center**<br>**P.O. Box 28538**<br>**Henrico, VA 23228** | - | | **Collecting for St Francis Medical Center** | | | | 1.00 |
| Account No.<br><br>**Darlene Smith** | - | | **Unsecured** | | | | 1.00 |
| Account No. **xxxx3561**<br><br>**Diversified Consultants, Inc.**<br>**P.O. Box 551268**<br>**Jacksonville, FL 32255** | - | | **Collecting for Directv** | | | | 350.00 |

Sheet no. **3** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **354.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald Duane Smith, Jr.**  ,  Case No.  **14-30525**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1252**<br><br>**DSG Collect**<br>**1824 Grand Ave Suite 200**<br>**Chicago, IL 60622** | - | | **Collecting for Beltrami Dixon Rhodes Abbott DDS PC** | | | | 830.00 |
| Account No. **xxxxxxxxxxx8905**<br><br>**Dynamic Recovery Solutions**<br>**PO Box 25759**<br>**Greenville, SC 29616** | - | | **Unsecured** | | | | 1.00 |
| Account No. **6811**<br><br>**First Bank of Delaware**<br>**Brandywine Commons**<br>**1000 Rocky Run Pkwy**<br>**Wilmington, DE 19803** | - | | **Unsecured** | | | | 1,635.00 |
| Account No. **xxxxxxxxxxxx2954**<br><br>**First Premier Bank**<br>**3820 N Louise Ave**<br>**Sioux Falls, SD 57107** | - | | **Opened 7/01/11 Last Active 8/14/12**<br>**Credit Card** | | | | 1,000.00 |
| Account No. **8398**<br><br>**First Virginia Financial Srvs.**<br>**3219 Crater Road Suite C**<br>**Petersburg, VA 23805** | - | | **Unsecured** | | | | 450.00 |

Sheet no. **4** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **3,916.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Donald Duane Smith, Jr.**, Case No. **14-30525**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx5544** <br><br> **Focused Recovery Solution** <br> **9701 Metropolitan Ct Ste B** <br> **Richmond, VA 23236** | - | | **Collecting for CJW Medical Center** | | | | 215.00 |
| Account No. **xxxxx4549, xxxxx4522** <br><br> **Giant Food Stores** <br> **AUSA Check Recovery** <br> **P.O. Box 58841** <br> **Boston, MA 02205** | - | | **Unsecured** | | | | 140.00 |
| Account No. **xxxxxxx0644** <br><br> **Horizon Financial Management** <br> **8585 S. Broadway Suite 880** <br> **Merrillville, IN 46410** | - | | **1/30/2013** <br> **Collecting St. Mary Hospital-Richmond** | | | | 100.00 |
| Account No. **xxxxxxx0021** <br><br> **Horizon Financial Management** <br> **8585 S. Broadway Suite 880** <br> **Merrillville, IN 46410** | - | | **12/30/2011** <br> **Collecting for St. Francis Medical Center** | | | | 40.00 |
| Account No. **xxxxx6382** <br><br> **HSBC** <br> **P.O. Box 3425** <br> **Buffalo, NY 14240** | - | | **Unsecured** | | | | 1.00 |

Sheet no. **5** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **496.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Donald Duane Smith, Jr.**, Case No. **14-30525**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jessica K . Davis<br>483 Forest Lane<br>Petersburg, VA 23805 | | - | **Warrant In Debt** | | | | 4,050.00 |
| Account No. **6811**<br><br>Magnum Cash<br>1403 Foulk Rd St 203<br>Wilmington, DE 19803 | | - | **Unsecured** | | | | 1.00 |
| Account No. **Multiple Accounts**<br><br>MiraMed Revenue Group<br>991 Oak Creek Drive<br>Lombard, IL 60148 | | - | **Collecting for Bon Secours Medical Group** | | | | 380.00 |
| Account No. **xxxxxxx7024**<br><br>Monument Pathologists Inc<br>P.O. Box 5468<br>Martinsville, VA 24115 | | - | **2/2013**<br>**Medical** | | | | 10.00 |
| Account No. **xxxx6728**<br><br>Natl Recover<br>2491 Paxton St<br>Harrisburg, PA 17111 | | - | **Unsecured** | | | | 115.00 |

Sheet no. **6** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,556.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Donald Duane Smith, Jr.**, Case No. **14-30525**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8919**  <br>**NCO Financial Systems**  <br>**2360 Campbell Crk Ste 50**  <br>**Richardson, TX 75082** | - | | **Opened 6/01/13**  <br>**Collection Attorney Virginia Emergency Physicians** | | | | **70.00** |
| Account No. **xxxx4516**  <br>**Pellettieri**  <br>**991 Oak Creek Dr**  <br>**Lombard, IL 60148** | - | | **Collecting for Bon Secours Richmond Hlth Sys.** | | | | **265.00** |
| Account No. **xxxxxxx7883**  <br>**Radiology Assoc. of Richmond**  <br>**P.O. Box 13343**  <br>**Richmond, VA 23225** | - | | **Medical** | | | | **5.00** |
| Account No. **6811**  <br>**Sign My Loan**  <br>**P.O. Box 88491**  <br>**418 Main Street**  <br>**Vancouver, BC** | - | | **Unsecured** | | | | **1.00** |
| Account No. **xxxxxxx0276**  <br>**Spinella, Owings, & Shaia, P.C**  <br>**8550 Mayland Drive**  <br>**Richmond, VA 23294** | - | | **4/26/2012**  <br>**Collection attorney for Bon Secours St. Mary's Hospital** | | | | **520.00** |

Sheet no. __7__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) **861.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald Duane Smith, Jr.**, Case No. **14-30525**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx8365<br><br>**Springleaf Financial**<br>**2307 E Washington St**<br>**Petersburg, VA 23803** | - | | **Opened 1/01/10 Last Active 11/11/10**<br>**Unsecured** | | | | 2,800.00 |
| Account No. xxxxxxx0524<br><br>**St. Mary Hospital- Richmond**<br>**P.O. Box 100767 (Boa)**<br>**Atlanta, GA 30384** | - | | **4/23/2012**<br>**Medical** | | | | 20.00 |
| Account No. xxx-3998<br><br>**Stephen L. Dalton , P.C.**<br>**4104 East Parham Road**<br>**Suite D**<br>**Richmond, VA 23228** | - | | **Unsecured** | | | | 400.00 |
| Account No. xx2420<br><br>**Tidewater Physical Therapy**<br>**771A Pilot House Dr**<br>**Newport News, VA 23606** | - | | **Medical** | | | | 525.00 |
| Account No. xxxxxxxxxxxx5150<br><br>**TRS Recovery Services, Inc**<br>**P.O. Box 173810**<br>**Denver, CO 80217** | - | | **2/28/2013**<br>**Unsecured** | | | | 350.00 |

Sheet no. **8** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,095.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Donald Duane Smith, Jr.**                         ,  Case No.  **14-30525**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1193** <br><br> **Urosurgical Center of Richmond** <br> **9105 Stony Point Dr** <br> **Richmond, VA 23235** | | - | **Unsecured** | | | | **1.00** |
| Account No. **xxx0715** <br><br> **VCU Health System** <br> **P.O. Box 758721** <br> **Baltimore, MD 21275** | | - | **Medical** | | | | **585.00** |
| Account No. **6811** <br><br> **Virginia Urology** <br> **2025 Waterside Rd** <br> **Prince George, VA 23875** | | - | **Medical** | | | | **1.00** |
| Account No. **xxx3495** <br><br> **West End Orthopaedic Clinic** <br> **P.O. Box 35725** <br> **Richmond, VA 23235** | | - | **Medical** | | | | **485.00** |
| Account No. <br><br> **Zip 19** <br> **Lvl 8, Plaz Comm Ctr Bisazza S** <br> **Sliema SLM 1640** <br> **Malta** | | - | | | | | **194.00** |

Sheet no. **9** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,266.00**

Total (Report on Summary of Schedules)  **29,305.00**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Donald Duane Smith, Jr.**              Case No.  **14-30525**
Debtor(s)                             Chapter  **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __27__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 24, 2014**          Signature  **/s/ Donald Duane Smith, Jr.**
                                                **Donald Duane Smith, Jr.**
                                                Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Donald Duane Smith, Jr.**  
Debtor(s)

Case No. **14-30525**  
Chapter **13**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ☐ Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*  
  Check if applicable: ☐ Soc. Sec. No. amended. **[*If applicable*: An original, signed Official Form 21 was mailed/hand-delivered to the Clerk's office on _____.*]**
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
- ☐ Schedule A - Real Property
- ☒ Schedule B - Personal Property
- ☒ Schedule C - Property Claimed as Exempt
- ☒ **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
  - ☒ Creditor(s) added        ☐ Creditor(s) deleted
  - ☐ Change in amounts owed or classification of debt
  - ☐ No pre-petition creditors added/deleted, or amounts owed or classification of debt changed. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
  - ☐ Post-petition creditors added (Schedule of Unpaid Debts)
  
  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
- ☐ Schedule G- Executory Contracts and Unexpired Leases
- ☐ Schedule H - Codebtors
- ☐ Schedule I - Current Income of Individual Debtor(s)
- ☐ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be electronically filed or submitted to the Clerk's Office for 'restricted" entry of the amended Social Security Number into the case record. ]**

- ☒ Statement of Financial Affairs
- ☐ Chapter 7 Individual Debtor's Statement of Intention
- ☐ Chapter 11 List of Equity Security Holders
- ☐ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
- ☐ Disclosure of Compensation of Attorney for Debtor
- ☐ Other: ____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: ____.

Date: **February 24, 2014**

**/s/ Jessica L. Fellows, Attorney for America Law Group**  
**Jessica L. Fellows, Attorney for America Law Group**  
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]  
State Bar No.:  
Mailing Address: **America Law Group, Inc.**  
**America Law Group, Inc.**  
**2312 Boulevard**  
**Colonial Heights, VA 23834**  
Telephone No.: **804-520-2428**

[amendcs ver. 10/13]

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Donald Duane Smith, Jr.**                                    Case No.  **14-30525**
Debtor(s)                                                              Chapter  **13**

**TO:**
**Jessica K. Davis**                **483 Forest Lane**                **Petersburg, VA 23805**

## NOTICE TO
## CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Donald Duane Smith, Jr.**

Date:  **February 24, 2014**          By  **/s/ Jessica L. Fellows, Attorney for America Law Group**
                                           Attorney for Debtor [or *Pro Se* Debtor]
                                           State Bar No.:
                                           Address:   **America Law Group, Inc.**
                                                      **America Law Group, Inc.**
                                                      **2312 Boulevard**
                                                      **Colonial Heights, VA 23834**
                                           Telephone No.:  **804-520-2428**

### CERTIFICATION

I certify that on   **February 24, 2014**   , I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

**/s/ Jessica L. Fellows, Attorney for America Law Group**
**Jessica L. Fellows, Attorney for America Law Group**
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]