UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:   Donald Duane Smith, Jr.          )          Case No:      14-30525
                                          )          Chapter 13

## NOTICE OF REQUEST FOR ANNUAL STATEMENT OF INCOME AND EXPENDITURES AND TAX RETURNS

**COMES NOW,** Carl M. Bates, Chapter 13 Trustee, and notifies the Debtor(s) and Debtor(s)' Counsel of his standing request to provide, pursuant to 11 USC § 521 (f) and (g), each year statements, under penalty of perjury, of income and expenditures, to include the amount and source of income, the amount of contribution and identity of the party who contributes to the household in which the debtor resides, and to provide, annually, copies of tax returns.

The sworn statement of income and expenditures, and tax returns are to be sent to his office by the same means of delivery as is required for documents for 341 hearings. It is requested the above be provided each year without further Notice or Request by the Trustee.

Date: July 18, 2014                       /s/Carl M. Bates
                                          Carl M. Bates
                                          Chapter 13 Trustee

### Certificate of Service

I hereby certify that on July 18, 2014, I have mailed or hand-delivered a true copy of the foregoing Notice of Request For Annual Statement of Income And Expenditures And Tax Returns to the debtor(s), Donald Duane Smith, Jr., P.O. Box 25157, Richmond, VA 23260 and electronically sent to debtor's attorney, Jessica L. Fellows, Esquire, efllows.jlch@gmail.com.

                                          /s/Carl M. Bates
                                          Carl M. Bates
                                          Chapter 13 Trustee

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  27815