UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                          )
                                                )         CASE NO. 14-30525-KRH
Donald Duane Smith, Jr.                         CHAPTER 13


APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

America Law Group, Inc. c/o Richard J. Oulton, Attorneys for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as the firm in which all attorneys who provided services to Debtor(s) were members at the time the following services for the Debtor(s) was provided, which services provided total the amount of **$1,500.00.**

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a **post-confirmation modified plan** filed with this Court on **06/09/2015**.

2. The Attorney has provided services to the Debtor(s) in connection with a **motion for relief** from the automatic stay filed with this Court on **06/25/2015.** The motion for relief was settled without a hearing and the Court entered a consent order in this matter on **08/17/2015.**

3. The Attorney has provided services to the Debtor(s) in connection with the filing of a **post-confirmation modified plan** filed with this Court on **08/04/2015**.

4. The Attorney has provided services to the Debtor(s) in connection with the filing of a **post-confirmation modified plan** filed with this Court on **01/06/2016**.

**5.** The Attorney has provided services to the Debtor(s) in connection with a **motion to modify loan** terms filed with this Court on **06/08/2016.** The order having been entered by the Court on **08/01/2016.**

6. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

7. The Attorney is the sole provider of legal services to the Debtor(s).

8. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

        Respectfully Submitted,

        /s/ Richard J. Oulton
        Richard J. Oulton (VSB#29640)
        Attorney for Debtor
        America Law Group, Inc.
        2312 Boulevard
        Colonial Heights, VA 23834
        Tel: (804) 520-2428
        Fax: (804) 518-5121

## Certificate of Service

I certify that I on **8/24/2016** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

        /s/ Richard J. Oulton
        Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                          )
                                                )   CASE NO. 14-30525-KRH
Donald Duane Smith, Jr.                         )   CHAPTER 13
Debtor
425 Hamilton Ave.
Colonial Heights, VA 23834
_____

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any): [6811]

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$1,500.00** for services rendered.  The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **September 7, 2016 (14 days)** you or your attorney must:

[X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

United States Bankruptcy Court
701 E. Broad Street
Richmond, VA 23219

[ ] Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ ] Attend the hearing on the motion scheduled to be held on _____ at _____ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

    You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:
    Address of attorney for the Debtor(s):    Richard J. Oulton
        America Law Group, Inc.
        2312 Boulevard
        Colonial Heights, VA 23834
        Tel:  (804) 520-2428
        Fax: (804) 518-5121


    Address of Chapter 13 Trustee:
        Carl M. Bates, P. O. Box 1819, Richmond, VA 23218-1819


**8/24/2016**        /s/ Richard J. Oulton
        Richard J. Oulton (VSB#29640)
        Attorney for Debtor
        America Law Group, Inc.
        2312 Boulevard
        Colonial Heights, VA 23834
        Tel: (804) 520-2428
        Fax: (804) 518-5121


PROOF OF SERVICE


    I certify that I on **8/24/2016** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.    /s/ Richard J. Oulton
        Richard J. Oulton


**Parties served:**

Carl M. Bates
P.O. Box 1819
Richmond, VA 23218-1819

Donald Duane Smith, Jr.
Debtor
425 Hamilton Ave.
Colonial Heights, VA 23834

**NAME AND ADDRESSES OF CREDITORS**

ALG
American General Finance
629 Southpark Blvd
Colonial Heights, VA 23834

Applied Card Bank
Attention: General Inquiries
P.O. Box 17120
Wilmington, DE 19886

Appomattox Imagaing Center
930 South Avenue
Colonial Heights, VA 23834

Barnes & Diehl, PC
Centre Court Suite A
9401 Courthouse Rd
Chesterfield, VA 23832

Baystate Gas-brockton
P.O. Box 67015
Harrisburg, PA 17106

BCC Financial Management Srv.
P.O. Box 590067
Fort Lauderdale, FL 33359

BCC Financial Management Srvc.
P.O. Box 590067
Fort Lauderdale, FL 33359

BCC Finanical Management Srv.
P.O. Box 590067
Fort Lauderdale, FL 33359

Bon Secours Richmond Health Sy
P.O. Box 28538
Richmond, VA 23228

CAB
306 East Grace St.
Richmond, VA 23219

CAB, Inc.
8002 Discovery Drive Ste 311
Richmond, VA 23229

Cach Llc
4340 South Monaco St.
2nd Floor
Denver, CO 80237

Calvary Portfolio Services
Attention: Bankruptcy Dept
P.O. Box 1017
Hawthorne, NY 10532

Capio Partners Llc
2222 Texoma Pkwy Ste 150
Sherman, TX 75090

Cash 2 U
651 Boulevard
Colonial Heights, VA 23834

Cash Advance Center
3235 Boulevard
Colonial Heights, VA 23834

Cash Express of VA
1412 Boulevard
Colonial Heights, VA 23834

CJW Medical Center
P.O. Box 99400
Louisville, KY 40269

CJW Medical Center
P.O. Box 13620
Richmond, VA 23225

Collection
Ccs
P.O. Box 709
Needham, MA 02494

Colonial Heights Fire & EMS
1105 Schrock Road Suite 610
Columbus, OH 43229

Colonial Heights Treasurer
P.O. Box 3401
Colonial Heights, VA 23834

Commercial Check Control
7250 Beverly Blvd
Suite 200
Los Angeles, CA 90036

Commonwealth Dentistry
456 Charles H Himmock Pkwy
Suite 5
Colonial Heights, VA 23834

Crown Financial
299 South Main St 13th Fl
Salt Lake City, UT 84111

Customer Serv Support Center
P.O. Box 28538
Henrico, VA 23228

Darlene Smith
Diversified Consultants, Inc.
P.O. Box 551268
Jacksonville, FL 32255

DSG Collect
1824 Grand Ave Suite 200
Chicago, IL 60622

Dynamic Recovery Solutions
PO Box 25759
Greenville, SC 29616

First Bank of Delaware
Brandywine Commons
1000 Rocky Run Pkwy
Wilmington, DE 19803

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107

First Virginia Financial Srvs.
3219 Crater Road Suite C
Petersburg, VA 23805

Focused Recovery Solution
9701 Metropolitan Ct Ste B
Richmond, VA 23236

General Surgery At St Marys
7229 Forest Ave.
Richmond, VA 23226

Giant Food Stores
AUSA Check Recovery
P.O. Box 58841
Boston, MA 02205

Horizon Financial Management
8585 S. Broadway Suite 880
Merrillville, IN 46410

HSBC
P.O. Box 3425
Buffalo, NY 14240

HSBC Card Services
PO Box 60102
City of Industry, CA 91716

Integrity Solution Services
7825 Washington Ave S Ste 200
P.O. Box 4115
Minneapolis, MN 55439

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Jessica K. Davis
483 Forest Lane
Petersburg, VA 23805

Loan Max Title Loans
3440 Preston Ridge Road
Ste 500
Alpharetta, GA 30005

Magnum Cash
1403 Foulk Rd St 203
Wilmington, DE 19803

MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148

Monument Pathologists Inc
P.O. Box 5468
Martinsville, VA 24115

Nationwide Credit, Inc.
4700 Vestal Parkway East
Vestal, NY 13850

Natl Recover
2491 Paxton St
Harrisburg, PA 17111

NCO Financial Systems
2360 Campbell Crk Ste 50
Richardson, TX 75082

Onemain Financial
798 South Park Blvd Ste 30
Colonial Heights, VA 23834

Pellettieri
991 Oak Creek Dr
Lombard, IL 60148

Radiology Assoc. of Richmond
P.O. Box 13343
Richmond, VA 23225

Rushmore Service Center
P.O. Box 5508
Sioux Falls, SD 57117

Sign My Loan
P.O. Box 88491
418 Main Street
Vancouver, BC

Spinella, Owings, & Shaia, P.C
8550 Mayland Drive
Richmond, VA 23294

Springleaf Financial
2307 E Washington St
Petersburg, VA 23803

St. Mary Hospital-Richmond
P.O. Box 100767 (Boa)
Atlanta, GA 30384

Stephen L. Dalton, P.C.
4104 East Parham Road
Suite D
Richmond, VA 23228

Tidewater Physical Therapy
771A Pilot House Dr
Newport News, VA 23606

TRS Recovery Services
5251 Westheimer
Houston, TX 77056

TRS Recovery Services, Inc
P.O. Box 173810
Denver, CO 80217

Urosurgical Center of Richmond
9105 Stony Point Dr
Richmond, VA 23235

VA Dept of Taxation
P.O. Box 2156
Richmond, VA 23218

VCU Health System
P.O. Box 758721
Baltimore, MD 21275

VCU Health System
P.O. Box 980462
Richmond, VA 23298

Virginia Emer Phys LLP
P.O. Box 17695
Baltimore, MD 21297

Virginia Urology
2025 Waterside Rd
Prince George, VA 23875

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

West End Orthopaedic
Clinic
P.O. Box 35725
Richmond, VA 23235

Zip 19
Lvl 8, Plaz Comm Ctr
Bisazza S
Sliema SLM 1640
Malta